AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Hector Cruz a/k/ Pedro Colon | ) | Case No. 12-mj-1121-RBC |
| Defendant | ) | |

FILED IN CLERKS OFFICE
2012 AUG 17 P 2:51
U.S. DISTRICT COURT
DISTRICT OF MASS.

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Hector Cruz a/k/a Pedro Colon,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
42 U.S.C. § 408(a)(7)(B) - Deceptive Use of a Social Security Number Issued to Another Person

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

Date: 08/09/2012

*Issuing officer's signature*

City and state: Boston, MA

Robert B. Collings, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/9/12, and the person was arrested on *(date)* 8/16/12
at *(city and state)* Bronx, New York.

Date: 8/16/12

*Arresting officer's signature*

JOHN S. SOARES / SPECIAL AGENT
*Printed name and title*